No. 562. CONNOR v. CALIFORNIA ET AL. January 15, 1940. It is ordered that H. Thomas Austern, Esq., of Washington, D. C., a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 19. OKLAHOMA PACKING CO., FORMERLY WILSON & Co., INC., ET AL. v. OKLAHOMA GAS & ELECTRIC CO. ET AL. January 15, 1940. The decision of the Supreme Court of Oklahoma in *Community Natural Gas Co.* v. *Corporation Commission,* 182 Okla. 137; 76 P. 2d 393, having been brought to the attention of this Court for the first time in the petition of respondents for a rehearing of the disposition made of this cause in the opinion delivered on December 4, 1939, that opinion is hereby withdrawn and replaced by the opinion of this day, 309 U. S. 4. The petition for rehearing is denied.

No. 204. KOBILKIN v. PILLSBURY, DEPUTY COMMISSIONER OF U. S. EMPLOYEES' COMPENSATION COMMISSION, ET AL. October 9, 1939. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, granted. *Mr. George Olshausen* for petitioner. *Solicitor General Jackson* for Warren H. Pillsbury; and *Messrs. Herman Phleger* and *Maurice E. Harrison* for Matson Navigation Co., respondents.